heard on its exceptions to the court order of March 8, 1957, a hearing to which it is entitled, the court below properly refused the relief requested in this proceeding and its action is not subject to appeal. Our dismissal of this appeal from an interlocutory order in no manner excuses the delay in this entire matter and the court below and all the parties, in the interests of justice, *must* speedily bring to a termination this litigation and further delay will not be countenanced.

Appeal dismissed and the record remanded to the court below with the direction that a hearing be *immediately* held on the exceptions to the court order of March 8, 1957 and the matter concluded at the earliest possible moment.

## Scalamogna, Appellant, *v.* Hedderich.

Argued March 14, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Allen N. Brunwasser,* for appellant.

*Thomas F. Weis,* for appellee.

OPINION PER CURIAM, April 17, 1961:
Judgment affirmed.